IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Shenzhen Jinghe Technology Co., Ltd , <br><br> Plaintiff(s), <br><br> v. <br><br> Does 1-166, <br><br> Defendant(s). | Case No. 18 C 5031 <br> Judge Sara L. Ellis |

### ORDER

Motion hearing held. Plaintiff's motion to seal certain documents [11] is granted. Plaintiff's motion to exceed page limit [14] is granted. Plaintiff's ex parte motion for entry of TRO, including a temporary injunction, a temporary asset restraint, expedited discovery, and service of process via email and/or electronic publication [15] is granted. Plaintiff's oral motion to extend tro is granted through 9/5/2018. Preliminary injunction hearing set for 9/5/2018 at 9:45 a.m.

Date: 8/8/2018

/s/ Sara L. Ellis
United States District Court Judge