# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

SHENZHEN JINGHE TECHNOLOGY CO., LTD., )
)
        Plaintiff, )     Case No. 18-cv-5031
)
  v. )     Judge: Hon. Sara L. Ellis
)
DOES 1-166 )     Magistrate: Hon. Maria Valdez
)
)
        Defendants. )
_____ )

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Shenzhen Jinghe Technology Co., Ltd. ("Plaintiff") hereby dismiss this action with prejudice against the following Defendants:

| Defendant Name | Line No. |
| --- | --- |
| Surdeals | 79 |
| arkbay-online | 4 |

DATED: September 5, 2018

Respectfully submitted,

/s/ Wei Chen
Wei Chen
Bar License Number: IL 6299278
Wei Chen IP LLC
1440 Taylor St #677
Chicago, Illinois 60607
312.883.3101 (phone)
844.269.2799 (fax)
wchen@weichenip.com

*Counsel for Plaintiff Shenzhen Jinghe Technology Co. Ltd*