IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHENZHEN JINGHE TECHNOLOGY CO., LTD.,) | ) | |
| Plaintiff, ) | Case No. 18-cv-5031 | |
| ) | | |
| v. ) | Judge: Hon. Sara L. Ellis | |
| ) | | |
| DOES 1-166 ) | Magistrate: Hon. Maria Valdez | |
| ) | | |
| ) | | |
| Defendants. ) | | |
| _____ ) | | |

## MOTION TO WITHDRAW

COMES the law firm of Wei Chen IP LLC by and through Wei Chen, and files this Motion to Withdraw as attorney of record for Plaintiff and would state in support thereof the following:

1. The Plaintiff breached the retainer agreement with the law firm of Wei Chen IP LLC to pay attorney fees for litigation services. Plaintiff attorney has performed a large amount of unpaid legal work so far. Plaintiff's Counsel can not afford to proceed under this material breach of retainer agreement. The Plaintiff has been notified about this withdrawal.

2. The tremendous pressure and exhausting workload during days and nights without sleep and without compensation have had adverse health effects. Plaintiff's Counsel has been suffered detrimental health as a result up to now and is facing serious medical complications.

WHEREFORE, PREMISES CONSIDERED, Wei Chen request that she be allowed to withdraw as attorney of record and that Plaintiff be allowed twenty (20) days in which to obtain new counsel.

2

DATED: September 7, 2018                    Respectfully submitted,

/s/ Wei Chen
Wei Chen
Bar License Number: IL 6299278
Wei Chen IP LLC
1440 Taylor St #677
Chicago, Illinois 60607
312.883.3101 (phone)
844.269.2799 (fax)
wchen@weichenip.com

*Counsel for Plaintiff Shenzhen Jinghe Technology Co. Ltd*