Bonan Xu
8241 S Imperial Oak Dr
West Jordan, Utah 84081

DISTRICT COURT OF NORTHERN DISTRICT OF ILLINOIS

Wei Chen IP LLC,

    Plaintiff,

VS.                                  Case No.:18-cv-5031

Bonan Xu,

Paypal account

Bonan.1985@outlook.com

Bonan.xu@caogroup.com

Cccccbn521@gmail.com

Ebay account: 34584613                  MOTION TO DISMISS

    Defendant,

FILED
SEP 05 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## FACTS

Defendant Bonan Xu list and sold 2 COMWINN products on March 20, 2018 and March 27,2018. The product Defendant sold is drop shipping order. That`s copy the product listing from amazon.com to ebay.com to resell. When the defendant Bonan Xu got order form ebay.com, defendant Bonan Xu will order the product from amazon.com and let amazon.com directly ship the product to the customer who bought from ebay.com

## ARGUMENT

  i.    Plaintiff`s Complaint lack of jurisdiction
       Plaintiff`s claim must be dismissed. The defendant Bonan Xu living in Utah. The plaintiff should sue defendant Bonan Xu in the court of Utah.

  ii.   Plaintiff`s Complaint fails to state a claim
       The defendant Bonan Xu did the drop shipping from amazon.com to ebay.com the product defendant sold is directly shipped from amazon.com. The defendant is in no way to sell counterfeit products.

## CONCLUSION

For the reasons stated above, Defendant`s Motion to Dismiss should be granted.

Dated this 4st day of September, 2018

MOTION TO DISMISS PAGE-2

**amazon**.com

## Final Details for Order #111-3249727-0007415
Print this page for your records.

**Order Placed:** March 21, 2018
**Amazon.com order number:** 111-3249727-0007415
**Order Total:** $11.58

### Shipped on March 21, 2018

| **Items Ordered** | **Price** |
|---|---|
| 1 of: *Comwinn Disco Lights Sound Activated Strobe Light Disco Ball Dj Lights Party Lights Xmas 7colors Disco light Disco Party Lights Show for Christmas Parties DJ Karaoke Wedding Outdoor with Remote*<br>Sold by: COMWINN_USA (seller profile) | $11.58 |

Condition: New

**Shipping Address:**
Robert Absolor
7436 LA VINA TRL
YUCCA VALLEY, CA 92284-2328
United States

**Shipping Speed:**
Two-Day Shipping

Item(s) Subtotal: $11.58
Shipping & Handling: $0.00
-----
Total before tax: $11.58
Sales Tax: $0.00
-----
**Total for This Shipment:** $11.58
-----

### Payment information

**Payment Method:**
Amazon.com Visa Signature | Last digits: 1750

**Billing address**
Bonan Xu
8241 S IMPERIAL OAK DR
WEST JORDAN, UT 84081-1817
United States

Item(s) Subtotal: $11.58
Shipping & Handling: $0.00
-----
Total before tax: $11.58
Estimated tax to be collected: $0.00
-----
**Grand Total:** $11.58

**Credit Card transactions**      Visa ending in 1750: March 21, 2018: $11.58

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2018, Amazon.com, Inc. or its affiliates

9/3/2018 | PayPal: Transaction Details

**March 20, 2018**
eBay - Robert A Absolor (robr_a_wkswleln)
Payment Received

**+ $19.26**

**Paid by**
eBay - Robert A Absolor (robr_a_wkswleln)
roberto_absolor@yahoo.com

**Shipped to**
Robert Absolor
7436 La Vina Trl
Yucca Valley, CA 92284-2328
United States

**Seller protection**
Eligible

**Purchase details**
Comwinn Disco Lights Sound Activated Strobe    $20.14
Light Disco Ball Dj Lights Party Lig
Item #323157319400

| | |
|---|---|
| Purchase total | $20.14 |
| Fee | - $0.88 |
| **Total** | **$19.26** |

CONTACT US    SECURITY    FEES    FEEDBACK

©1999-2018 PayPal, Inc. All rights reserved.    |    Privacy    Legal    Policy updates

March 21, 2018, Sent by MANUAL

9/3/2018            PayPal: Transaction Details

Status: Shipped

**Transaction ID**

5DX27590NC0543259

**amazon**.com

## Final Details for Order #113-3046314-9041054
Print this page for your records.

**Order Placed:** March 27, 2018
**Amazon.com order number:** 113-3046314-9041054
**Order Total:** $11.58

### Shipped on March 28, 2018

| Items Ordered | Price |
|---|---|
| 1 of: *Comwinn Disco Lights Sound Activated Strobe Light Disco Ball Dj Lights Party Lights Xmas 7colors Disco light Disco Party Lights Show for Christmas Parties DJ Karaoke Wedding Outdoor with Remote*<br>Sold by: COMWINN_USA (seller profile)<br><br>Condition: New | $11.58 |

**Shipping Address:**
Zeyad Abdallah
1000 7TH ST
PORTSMOUTH, VA 23704-6728
United States

**Shipping Speed:**
Two-Day Shipping

Item(s) Subtotal: $11.58
Shipping & Handling: $0.00
-----
Total before tax: $11.58
Sales Tax: $0.00
-----
**Total for This Shipment:** $11.58
-----

### Payment information

**Payment Method:**
Amazon.com Visa Signature | Last digits: 1750

**Billing address**
Bonan Xu
8241 S IMPERIAL OAK DR
WEST JORDAN, UT 84081-1817
United States

Item(s) Subtotal: $11.58
Shipping & Handling: $0.00
-----
Total before tax: $11.58
Estimated tax to be collected: $0.00
-----
**Grand Total: $11.58**

**Credit Card transactions**	Visa ending in 1750: March 28, 2018: $11.58

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2018, Amazon.com, Inc. or its affiliates

9/3/2018     PayPal: Transaction Details

MENU     1

**March 27, 2018**
eBay – Zeyad (smileygetspaid)     + $16.47
Payment Received

**Paid by**
eBay – Zeyad (smileygetspaid)

**Shipped to**
Zeyad Abdallah
1000 7th St
portsmouth, VA 23704-6728
United States

**Seller protection**
Eligible

**Purchase details**

| | |
|---|---|
| Comwinn Disco Lights Sound Activated Strobe Light Disco Ball Dj Lights Party Lig | $17.27 |
| Item #323173240129 | |
| Purchase total | $17.27 |
| Fee | - $0.80 |
| **Total** | **$16.47** |

CONTACT US    SECURITY    FEES    FEEDBACK

©1999-2018 PayPal, Inc. All rights reserved. | Privacy    Legal    Policy updates

Status: Shipped

9/3/2018

PayPal: Transaction Details

**Transaction ID**

8XY74650N5783345R