**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Shenzhen Jinghe Technology Co., Ltd. | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 18-cv-5031 |
| | ) | |
| v. | ) | Judge Sara L. Ellis |
| | ) | |
| Does 1-166, Does 167-169 | ) | Magistrate Judge Maria Valdez |
| | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Michael Parrent seeks leave of the court to withdrawl as counsel for the plaintiff, Shenzhen Jinghe Technology Co., Ltd. Pursuant to Local Rule 83.17. In support of this motion, Mr. Parrent states as follows:

1. Movant was retained by Lead Counsel Wei Chen to assist with litigation

2. Movant filed appearance for Plaintiff on September 6, 2018.

3. Subsequently Lead Counsel and Plaintiff had irreconcilable differences and Lead Counsel filed her Motion to Withdrawal on September 7, 2018.

4. Movant has not performed any substantive work to date on behalf of Plaintiff.

5. Plaintiff will not be prejudiced by the withdrawal of Movant.

1

6. Given the insubstantial nature of this motion, as well as the burden to all Defendants and their counsel in attending a hearing on this motion, movant respectfully requests that the Court waive presentment and oral argument.

7. Movant attaches the notification of party contact information as required by local rules.

WHEREFORE, Michael Parrent, request this court grant him leave to withdraw his appearance of record as local counsel in this matter, and enter an order that he is so withdrawn.

By: s/*Michael J. Parrent*<br>Attorney for Plaintiff

Michael J. Parrent #6311291
330 Ashland Avenue
Highwood, IL 60040
Telephone: (872) 222-3728
E-mail: mparrent1@gmail.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2018 I will electronically file Michael Parrent's Motion to Withdrawal as Counsel for Plaintiff with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to the CM/ECF participant(s).

By:     s/Michael J. Parrent

       Michael J. Parrent #6311291
       330 Ashland Avenue
       Highwood, IL 60040
       Telephone: (872) 222-3728
       E-mail: mparrent1@gmail.com