**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| SHENZHEN JINGHE TECHNOLOGY CO., LTD., | |
| Plaintiff, | Case No. 18-cv-5031 |
| v. | Judge: Hon. Sara L. Ellis |
| DOES 1-166, DOES 167-169, | Magistrate: Hon. Maria Valdez |
| Defendants. | |

**DEFENDANTS' RESPONSE TO MOTIONS TO WITHDRAW**

Defendant Does 9, 18, 23, 24, 26, 34, 36, 37, 40, 52, 55, 57, 62, 63, 67, 69, 71, 74, 76, 81, 99, 111, 116, 122, 123, 125, 127, 130, 131, 134, 135, 140, 144, 147, 150 and 152 ("the Reseller Defendants"), by and through their undersigned counsel, hereby submit this Response to Wei Chen's and David Bulbransen's motions to withdraw at attorneys fo Plaintiff Shenzen Jinghe Technology Co., Ltd.

**Argument**

The Reseller Defendants oppose Plaintiff's attorneys from withdrawing without a hearing in open Court. The Reseller Defendants have substantial concerns regarding the truth and accuracy of several factual assertions Plaintiff made to its counsel and its counsel then filed with the Court in the form of a Complaint (and First Amended Complaint), a Motion for Temporary Restraining Order, and a Motion for Preliminary Injunction. The withdrawing attorneys must not be permitted to withdraw prior to fulling their obligations of duty of candor to the Court and before explaining to the Court the due diligence Plaintiff exercised (if any) prior to filing the lawsuit against the Reseller Defendants.

Respectfully submitted,

Dated: September 10, 2018

DEFENDANTS,
Does 9, 18, 23, 24, 26, 34, 36, 37, 40, 52, 55, 57, 62, 63, 67, 69, 71, 74, 76, 81, 99, 111, 116, 122, 123, 125, 127, 130, 131, 134, 135, 140, 144, 147, 150 and 152.

By: /s/ Daliah Saper
Daliah Saper
Saper Law Offices, LLC
505 N. LaSalle Suite 350
Chicago, Illinois 60654
Bar No. 6283932
ds@saperlaw.com
(312) 527-4100

Matthew R. Grothouse
Saper Law Offices, LLC
505 N. LaSalle Suite 350
Chicago, Illinois 60654
Bar No. 6314834
matt@saperlaw.com
(312) 527-4100

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on September 10, 2018, he caused the foregoing to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system.

> By: /s/ Daliah Saper
> Daliah Saper
> Saper Law Offices, LLC
> 505 N LaSalle, Suite 350
> Chicago, IL 60654
> Bar No. 6314834
> Telephone: 312-527-4100
> ds@saperlaw.com
>
> *Attorney for Defendants.*