IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Shenzhen Jinghe Technology Co., Ltd. | ) | |
| | ) | |
| v. | ) | Case No. 18-cv-5031 |
| | ) | |
| Does 1-166, Does 167-169 | ) | Judge: Hon. Sara L. Ellis |
| | ) | |
| | ) | Magistrate: Hon. Maria Valdez |
| | ) | |
| | ) | |

**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF**

David Gulbransen of The Law Office of David Gulbransen, LLC, hereby seeks leave of the court and moves to withdraw as Local Counsel for the plaintiff, Shenzhen Jinghe Technology Co., Ltd. Pursuant to Local Rule 83.17. In support of this motion, Mr. Gulbransen states the following:

1. The movant filed an appearance as local counsel for the plaintiff on July 24, 2018.

2. Lead counsel of record is Wei Chen, who is licensed and in good standing in the Northern District of Illinois, and who filed an appearance on July 24, 2018.

3. Movant's withdrawal, as local counsel, will not cause any prejudice or delay in this case.

4. Movant and Plaintiff are having communication difficulties and Movant does not believe he can adequately represent the Plaintiff before this Court.

5. Movant and Plaintiff have also reached an impasse regarding strategic decisions regarding the matter and how to further proceed in this litigation.

6. Given the insubstantial nature of this motion, as well as the burden to all Defendants and their counsel in attending a hearing on this motion, movant respectfully requests that the Court waive presentment and oral argument.

7. Movant attaches the notification of party contact information as required by local rules.

WHEREFORE, based on the foregoing, David Gulbransen respectfully requests the Court to grant him leave to withdraw his appearance of record as local counsel in this matter, and enter an order that he is so withdrawn.

Dated September 7, 2018                                   Respectfully Submitted,


                                                  By: _____
                                                      David Gulbransen
                                                      *Local Counsel for Plaintiff*

                                                      David Gulbransen
                                                      Law Office of David Gulbransen
                                                      805 Lake Street, Suite 172
                                                      Oak Park, IL 60302
                                                      (312) 361-0825 p.
                                                      (312) 873-4377 f.
                                                      david@gulbransenlaw.com

**PROOF OF SERVICE**

The undersigned attorney, under penalties as provided by law pursuant to the Illinois Supreme Court Rule 12 and 735 ILCS 5/1-109, certify that I electronically filed Motion to Withdrawal as Counsel for Defendant with the United States District Court by using the Pacer/ECF system on the September 7, 2018.

| | |
|---|---|
| Wei Chen<br>Wei Chen IP LLC<br>1440 W. Taylor St #677<br>Chicago, IL 60607<br>(312) 631 0358<br>info@fa-shen.com | Michael Joseph Parrent<br>330 Ashland Avenue<br>Highwood, IL 60040<br>(872)222-3728<br>mparrent1@gmail.com |
| Matthew Richard Grothouse<br>Saper Law Offices, LLC<br>505 North Lasalle, Suite 350<br>Chicago, IL 60614<br>(317) 727-1335<br>matt@saperlaw.com | Daliah Saper<br>Saper Law Offices<br>505 N. LaSalle #350<br>Chicago, IL 60654<br>(312)527-4100<br>dsaper@saperlaw.com |
| Jennifer Lynn Mozwecz<br>SRM Law<br>150 N. Michigan Avenue, 8th Floor<br>Chicago, IL 60601<br>(312)564-5757<br>jmozwecz@srmlaw.com | Adam Edward Urbanczyk<br>AU LLC<br>564 W. Randolph St. 2nd Floor<br>Chicago, IL 60661<br>(312) 715-7312<br>adamu@au-llc.com |

I further certify that I served a copy of the foregoing document(s) on the above parties or their counsel of record via email on September 7, 2018.

By: _____
David Gulbransen
*Local Counsel for Plaintiff*

David Gulbransen
Law Office of David Gulbransen
805 Lake Street, Suite 172
Oak Park, IL 60302
(312) 361-0825 p.
(312) 873-4377 f.
david@gulbransenlaw.com